UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED NATURAL FOODS, INC, <br><br>　　　　　　Plaintiff, <br>　　v. <br><br> INTERNATIONAL BROTHERHOOD OF TEAMSTERS LOCAL 117, *et al.*, <br><br>　　　　　　Defendants. | CASE NO. C19-1736-LK <br><br> ORDER GRANTING JOINT MOTION FOR LEAVE TO ENGAGE IN SETTLEMENT DISCUSSIONS |

　　　　This matter comes before the Court on the parties' joint status report and joint motion for leave to engage in settlement discussions. Dkt. No. 80. For the reasons set forth below, the Court grants the parties' motion.

　　　　The parties request that the Court grant them leave to engage in settlement negotiations with either a Court-appointed "magistrate"[1] or a neutral mediator to be mutually agreed upon by the parties. Dkt. No. 80 at 2. The parties plan to engage in settlement negotiations through October

---

[1] Congress adopted the title of "United States Magistrate Judge" several decades ago. Federal Courts Study Implementation Act of 1990, Pub. L. No. 101-650, § 321 (1990). In future filings, the parties should use the appropriate title: Magistrate Judge.

ORDER GRANTING JOINT MOTION FOR LEAVE TO ENGAGE IN SETTLEMENT DISCUSSIONS - 1

17, 2022, and if they have not agreed on a resolution of this matter by that date, they will file a joint status report by October 31, 2022. *Id.*

The Court finds that the parties' motion for leave to engage in settlement negotiations is supported by good cause and grants it. The parties are to engage in good-faith efforts to select a neutral mediator as soon as possible. If they encounter barriers that make retaining a private mediator not feasible or possible, the parties must inform the Court as soon as practicable. The Court typically appoints a settlement judge only when the parties have already participated in mediation but have been unable to reach a settlement. LCR 39.1(e).

By October 31, 2022, the parties are directed to file either a joint status report as set forth in the Court prior order, Dkt. No. 79, or a stipulated motion for additional time to do so while they engage in settlement negotiations and/or mediation.

Dated this 12th day of September, 2022.

Lauren King
United States District Judge